IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **BRENDA J. KENNEDY,** ) | |
| **et al.,** ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:89cv196-MHT |
| ) | (WO) |
| **ALABAMA STATE BOARD OF** ) | |
| **EDUCATION, et al.,** ) | |
| ) | |
|    Defendants. ) | |

ORDER

By agreement of the parties made at an on-the-record conference held January 11, 2006, it is ORDERED that:

(1) Plaintiff Brenda J. Kennedy's motion to extend the consent decree for the limited purpose of resolution of outstanding objections and enforcement (Doc. No. 1293) is denied as unnecessary.

(2) It is DECLARED that all objections filed before the expiration of the consent decree on December 31, 2005, shall be resolved according to the procedures

>set forth in the uniform guidelines for compliance and monitoring of consent decrees, including, where applicable, petition for review of the monitor's decision to the chancellor and to this court and the appellate courts and this review shall be in accordance with the terms of the consent decree and the guidelines and applicable law.

DONE, this the 11th day of January, 2006.

>/s/ Myron H. Thompson
>UNITED STATES DISTRICT JUDGE