IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRENDA J. KENNEDY, et al.,   )
                             )
   Plaintiffs,               )
                             )
   v.                        )   CIVIL ACTION NO.
                             )    2:89cv196-MHT
ALABAMA STATE BOARD OF       )        (WO)
EDUCATION, et al.,           )
                             )
   Defendants.               )
```

ORDER

It is ORDERED as follows:

(1) The motion to dismiss (Doc. No. 1302) is granted.

(2) The notice of appeal (Doc. No. 1300) is dismissed.

(3) The on-the-record scheduling conference, set for February 15, 2006, at 8:30 a.m., is canceled.

DONE, this the 13th day of February, 2006.

                     /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE